DAVID SEROTA, Appellant, v. LEON A. SEROTA, Respondent.— Order denying plaintiff's motion for examination of witnesses before trial reversed on the law and the facts, with ten dollars costs and disbursements, and the motion granted, without costs; the examination to proceed on five days' notice. The papers show special circumstances which warrant the examination. (*Rubel Corp.* v. *Rosoff*, 251 App. Div. 868.) Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.

DAVID SEROTA, Appellant, v. LEON A. SEROTA, Defendant. THORNE, NEALE & CO., INC., Respondent.— Order vacating a subpœna *duces tecum* commanding respondent, a stranger to the action, to produce certain documents at the examination before trial of the defendant, affirmed, with ten dollars costs and disbursements to the defendant. No opinion. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.

THE SUFFOLK COUNTY TRUST COMPANY, Respondent, v. ROSS M. CASE, Also Known as MELVILLE R. CASE, LUCY J. CASE, Also Known as LUCY J. BENNETT CASE, and MARIE RAYNOR, Appellants.— In an action by a judgment creditor to set aside certain transfers of property as fraudulent, etc., judgment was rendered in favor of plaintiff, after trial by the court without a jury. Defendants appeal. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

EMMA B. TABER, Respondent, v. WHITE REAL ESTATE IMPROVEMENT CORPORATION, Appellant, and Others, Defendants.— Defendant White Real Estate Improvement Corporation moved for an order dismissing the complaint because it does not state facts sufficient to constitute a cause of action, and that plaintiff has not legal capacity to sue or, in the alternative, for an order requiring plaintiff separately to state and number her causes of action, and further in the alternative, for an order under rule 103 of the Rules of Civil Practice, striking out certain allegations of the complaint as irrelevant, redundant and unnecessary. The motion was denied and said defendant appeals. Order affirmed, with ten dollars costs and disbursements, with leave to appellant to answer within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

LUCY TAYLOR and ELLA TAYLOR, Executrices, etc., of GRACE SLOAN, Deceased, HENRY LAUTZ, CHARLOTTE SCHREINER, MINNIE SCHREINER and ELSA A. WELCH, Respondents, v. ANCHOR CAP & CLOSURE CORPORATION, J. STERLING B. SMITH and CHRISTIAN H. WERNER, Appellants, and Another, Defendant.— Action to recover damages for fraud. The named defendants appeal from an order denying their motion to dismiss the amended complaint pursuant to subdivisions 5 and 6 of rule 107 of the Rules of Civil Practice. Order, in so far as appealed from, affirmed, with ten dollars costs and disbursements, with leave to appellants to answer within ten days from the entry of the order hereon. Upon the trial all the pleadings and facts in the former action will be before the court and the court can then pass on the sufficiency of the pleaded defenses. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.